Darrell Lamar HAIRE *v.* STATE of Arkansas

CR 98-1438                                        982 S.W.2d 669

Supreme Court of Arkansas
Opinion delivered January 7, 1999

*William O. James, Jr.,* for appellant.

No response.

PER CURIAM. ■ Appellant, Darrell Lamar Haire, by his attorney, William O. James, Jr., has filed a motion for

rule on the clerk. Mr. James admits in the motion that the record was tendered late due to a mistake on his part. We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). Accordingly, the motion is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct. *Id.*